**Exhibit A to the Complaint**

**Location:** Minneapolis, MN
**Total Works Infringed:** 36

**IP Address:** 107.2.102.124
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 1A92B9EDC1C4D931D7B0C9C7AD5FD4C2833A05C1<br>File Hash:<br>567F41D1E4F2B2A85D3D7A8014ACD2CDC5EFF115578303BCE06673819973F560 | 02-16-2023<br>04:11:43 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 2 | Info Hash: BF504F5D65B1ABA34CBDB26DF9139869DD20041E<br>File Hash:<br>ECD2ECBE7728B5E763750C0BF7B1F180C8D2A55661DB70C2E44FEDE96571D5F4 | 02-06-2023<br>05:42:34 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 3 | Info Hash: 0DA52CD859D8BFB4CE9AEFB0241F8897218FC9BF<br>File Hash:<br>3106FD3607D7FDFB170BF5EB5D3C039FAF5AB57C47C0133C5154E2B5AF1D8B62 | 01-19-2023<br>05:38:38 | Blacked<br>Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 4 | Info Hash: CF36F45DF2833E0C4D10621B285785F4078B05CE<br>File Hash:<br>4A3A50C8A137603AF774B9BE906EE3DE38433461B05B22F5B4FC817E199A4ABC | 12-26-2022<br>05:04:32 | Vixen | 12-23-2022 | 01-10-2023 | PA0002389606 |
| 5 | Info Hash: BA3E47DF221C79C803F5F2404D9EE42DCE05F100<br>File Hash:<br>567FE6B623802D2252046655D0D7433E8C86F3F82AD50AA81D4A0CC854EC762C | 11-26-2022<br>03:57:31 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 6 | Info Hash: ACAEAB5A100D20A306B5F8BD063D03CFE0865F2F<br>File Hash:<br>FE47DAC4CEFE80E8AEBCCEE88BB1FCD162E4444A536736C3E26270D841B654C3 | 11-10-2022<br>04:43:42 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 7 | Info Hash: 64B1CF36E0BBEFE524F9B00D3AB3C4CEE30A32D1<br>File Hash:<br>E8D4C642319F403863E24B67B627565E176F423D267D0D2BD62D15D320E71989 | 11-06-2022<br>08:14:23 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 8 | Info Hash: 3D66755C8BC977312D77CB65FA8995558A890EF1<br>File Hash:<br>CE33D1A2D7CF664F8561848FAE519F184FF5A3C237A9CC79E59B4CFD219E4A84 | 10-28-2022<br>02:00:07 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 9 | Info Hash: D09B0E39B1E94F8F9BEE6A068013473911ADDB60<br>File Hash:<br>EBBBA8280364BC1C55BF5CDC09464CE9FD244DBDF460DB141E967A2AB8E43BAF | 10-26-2022<br>07:36:20 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 10 | Info Hash: ED99218F6A7C875FEBDC9EC005FA0AB5A72C9A99<br>File Hash:<br>D0E1FB5600B6717E307457FB2A14B12B46EAA9A643062D9AF76A95D57134D893 | 09-12-2022<br>04:03:57 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 11 | Info Hash: ECBB9CA5B188231C32B5E776190C95490D88C90A<br>File Hash:<br>25A2913FB11437977C8B560C40FF5AA2A3578759FF426AE31889BFA76D5C2474 | 09-08-2022<br>03:39:49 | Tushy | 09-04-2022 | 11-27-2022 | PA0002388059 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|-----------|--------------|
| 12 | Info Hash: 51B8B05E291259D05FAEE870D556CE9E549EB5EB<br>File Hash:<br>FC775F0538AF2905607357E51C54370DEC7C7B8001939C08110CF0D3DC491655 | 09-05-2022<br>03:18:33 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 13 | Info Hash: B27D8D99D9484987D81089C43A7109765AA1F55A<br>File Hash:<br>A7EBB4AA309D124EC87D5B728F618B63C028F63E6570331FDEC44F836A9CFA97 | 08-24-2022<br>02:50:28 | Tushy | 08-21-2022 | 08-29-2022 | PA0002367745 |
| 14 | Info Hash: 37A113E7812CE3A6E9AA5DC3E6BAD7604000771C<br>File Hash:<br>FB67C7CD80CEBFE4CEF574F6A19ED8B35FF92DB7458CA42570C7CCD270892191 | 08-18-2022<br>05:35:15 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 15 | Info Hash: 90BEDE1C87FEF47FC502567EF05EDA19FC678383<br>File Hash:<br>1C3652BCCE2E0E7EE5FA9B6F3B93191E60F451482D7D4719175314D8D20782C6 | 08-15-2022<br>05:47:09 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 16 | Info Hash: 665AB059BA65DDB82040CEB98A83B8BCED372A4C<br>File Hash:<br>33426FFA7BACA6169D3C17B75E83C7F65AF84AEE693F1DFF51FDA25B6EE0E659 | 07-28-2022<br>04:02:37 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 17 | Info Hash: 7AEAC849402221B53E9FA3842C690CD389EF0BC0<br>File Hash:<br>B2748A1FB7CAF8B968E86427B0AB494534BD910A58296ACBFD649CA10F907102 | 07-21-2022<br>02:23:59 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 18 | Info Hash: 280E88FC7CEB3E5E96E3E41175EAE19DBA741A70<br>File Hash:<br>9BCE1453FDBB1652779D3192C951886B4012BF5A70DD665E0BD60995EA48ADA7 | 06-20-2022<br>03:52:18 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 19 | Info Hash: 309024C828DF3FB77335331A1416A2078E5B2F04<br>File Hash:<br>44E24DDEA8CC646565E0756D7206106F1F0E93A93F82C324C3A6F4BE33A1494A | 06-02-2022<br>03:13:42 | Blacked Raw | 05-30-2022 | 07-21-2022 | PA0002367910 |
| 20 | Info Hash: 0F4CEEDB8F6D27D7BFE969C594FE95F2BEED79B1<br>File Hash:<br>45EF60C61C818F4C41D4026EECBB5D2C42B4E3351E52714FE05EA5CEA09F96C9 | 06-02-2022<br>03:12:44 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |
| 21 | Info Hash: BC80BD3F8F630435C9109119CEDCCFC79247AFFC<br>File Hash:<br>D6BBE2CEBDCE49178C2A67389B6D02D0DD75744CF01945D2458FF4E1337B4ABD | 03-02-2022<br>05:46:21 | Tushy | 02-27-2022 | 03-29-2022 | PA0002342706 |
| 22 | Info Hash: A085B82D358EAD8FCE62902BBCF6032CB3D6B494<br>File Hash:<br>5EAE2433C94B1A694BAC5AC942AEC6F4DB4A3ECDCEEB62AC8631481C2F3AC33E | 01-13-2022<br>05:09:00 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 23 | Info Hash: 12264A68AA66501F2ED780719E6D7BFB6C63D7CA<br>File Hash:<br>DD8A4FF70D6E8979F63CF9038BBEA230CA50E052F8FEB9243FFBD5B4AD15BB28 | 12-14-2021<br>13:13:57 | Tushy | 12-12-2021 | 02-03-2022 | PA0002341808 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 24 | Info Hash: BE5697662378975BF0EFE5B6831E82E47CC543AB<br>File Hash:<br>10D5CD95662529FF0E5FAAF062A0B7D241509D13A010C009220C91DDA85D7B62 | 11-09-2021<br>03:56:53 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 25 | Info Hash: DC6B1926E232C7DC52804E732BCD83D51A5984F7<br>File Hash:<br>7E48FDB6D03B85446C560D829DC7DC5E55FFDAE9FE72CD4FDD655E47CDDB9CF7 | 10-14-2021<br>06:29:55 | Tushy | 10-10-2021 | 12-03-2021 | PA0002333661 |
| 26 | Info Hash: 0E068785FA4C3886042875F56A3465AA044E5347<br>File Hash:<br>F7D350C73C1CE1D4B23F63617C1F605A53AD04F673CD6D28B44785808C59B91E | 10-06-2021<br>03:03:43 | Tushy | 10-03-2021 | 11-01-2021 | PA0002326410 |
| 27 | Info Hash: 04D1E15B09618A4312212EDD4AA7534ABB8DCF96<br>File Hash:<br>C18729AA5F0F5446CCAD18A988F9F132B09792B82BA160F2600CCEC2F668B675 | 10-01-2021<br>11:41:04 | Tushy | 09-26-2021 | 10-19-2021 | PA0002317053 |
| 28 | Info Hash: 8F5305E4A5285CF5A766334ABC97D190CB1AC874<br>File Hash:<br>84723E9F05287A7F8EA5504E6382D15F7CBAA540619211B9334DD6B6647267BB | 09-29-2021<br>07:57:12 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 29 | Info Hash: B3E42C84C48B8BEBEAC209531FF7F9AD54593F7F<br>File Hash:<br>673065A1DFFD464A5047C0181D534DC453ECF0026CC047D8DF60DD5354DF7DED | 09-07-2021<br>05:00:26 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 30 | Info Hash: 70769081502197B6122C2F5D785022F2D4949913<br>File Hash:<br>A53C51D6D94021AED6FD5840A6FCE2482C415E930632D31DE83681FE2D132C14 | 08-20-2021<br>11:57:54 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 31 | Info Hash: A044C1B3EBEC733AC48CD2C3AA3AE825647F3D4F<br>File Hash:<br>C69A7F72612E2AFF02237C8B1763F3A1C071E78B0E1EB762FAD8D95D95042504 | 08-10-2021<br>01:25:03 | Tushy | 08-08-2021 | 09-08-2021 | PA0002316099 |
| 32 | Info Hash: FF33CF6FF4B574620231F6754A96C214F9938050<br>File Hash:<br>C35BDD3A3D02B816AE954BD8BA110E164655B2CB5AF729619A9F26FA03E8B4D4 | 07-26-2021<br>04:17:24 | Tushy | 07-25-2021 | 08-20-2021 | PA0002312005 |
| 33 | Info Hash: 321A5CC07A5F6A27C22C16066EA50EA35D382800<br>File Hash:<br>B4DE3D6749C31FEC9B5661FD54DA4FA5C99F1C24B6E81FC6B0A342718E102494 | 06-05-2021<br>04:16:38 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 34 | Info Hash: A37E9DED6FFDC1AB0B1F1E3FAE29FED1AAD831B0<br>File Hash:<br>08D845E44E6C504024335E5594371172A1973617744D6A2F7E95B589D217464E | 06-05-2021<br>04:16:17 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 35 | Info Hash: C06BE5AD424DEAEEF37D595614E9A58994A24D7D<br>File Hash:<br>87207896853FC7878F0A1A4855F64EAA036DFF4990658ADA4F201B5BF29BF304 | 05-20-2021<br>08:32:09 | Tushy | 05-02-2021 | 06-15-2021 | PA0002296917 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: E96D13E31AC3B7D665F1DF9F79FD1AD873F551C6<br>File Hash:<br>5320B61FFB147AC701E6771C9C61262B00D6B49769877513C53F9F56AB62C928 | 05-12-2021<br>06:11:29 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |